# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RANDY CHRISTOPHER,**

        **Plaintiff,**

**-vs-**                                                  Case No. 6:06-cv-438-Orl-22DAB

**DAMIANO LONG, LLC, and SCHOOR DePALMA, INC.,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Defendants' Verified Motion to Enforce Settlement Agreement (Doc. No. 35) filed on May 2, 2007.

The United States Magistrate Judge has submitted a Report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 7, 2007 (Doc. No. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Verified Motion to Enforce Settlement Agreement (Doc. No. 35) is **GRANTED**.

3. The Settlement Agreement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide FLSA dispute. The parties shall comply with the terms of the Settlement Agreement and General Release.

4. This case is hereby **DISMISSED** and the Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 26, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
ANNE C. CONWAY
United States District Judge